IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| The McMillan Family Trust, ) | | |
| Martha M. McMillan, Trustee, ) | C.A. No. 4:06-3524-TLW-RSC | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | ORDER | |
| ) | | |
| IJL Wachovia, a division of ) | | |
| Wachovia Securities, LLC, f/k/a ) | | |
| Wachovia Securities, Inc., and Ross L. Gordon, ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

This matter is now before the undersigned for review of the Amended Report and Recommendation ("the Report") filed by United States Magistrate Judge Robert S. Carr, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge Carr recommends that this action be dismissed without prejudice. (Doc. # 29). No objections to the Report have been filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the

1

2

applicable law.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 29), and the above-captioned case is dismissed, without prejudice.

    **IT IS SO ORDERED.**

                                      s/ Terry L. Wooten
                                              **TERRY L. WOOTEN**
                                              **UNITED STATES DISTRICT JUDGE**

June 25, 2008
Florence, South Carolina